William M. Paoli, Esq. (SB No. 163759)
Clarice J. Letizia, Esq. (SB No. 129331)
WENTWORTH, PAOLI & PURDY, LLP
4631 Teller Avenue, Suite 100
Newport Beach, CA 92660
949/752-7711
949/752-8339 - Facsimile
cletizia@wpptriallawyers.com

Attorneys for Plaintiff, ELSIE PARKER

JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| ELSIE PARKER,<br><br>                Plaintiff,<br><br>vs.<br><br>THE RIGHT THING, a corporation, TERRY TERHARK, an individual and DOES 1 through 20, inclusive,<br><br>                Defendants. | CASE NO: SA CV09-1025-DOC(MLGx)<br>ASSIGNED FOR ALL PURPOSES TO:<br>JUDGE DAVID O. CARTER, Courtroom 9-64<br><br>**ORDER UPON STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Upon stipulation of the parties herein, and upon representation to the Court that all parties attended a voluntary mediation on June 16, 2010, which resulted in complete settlement of the entire action,

IT IS HEREBY ORDERED THAT this entire action is hereby dismissed with prejudice.

DATED: July 26, 2010.

_/s/ David O. Carter_
David O. Carter, Judge of the United States District Court for the Central District of California

---

**ORDER UPON STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**